IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES HICKMAN**                                                             **PLAINTIFF**

**v.**                                                        **CIVIL NO. 1:15cv296-HSO-JCG**

**SERGEANT RAMON CASTILLO,**
**LIEUTENANT ALDON HELMERT,**
**AND BILOXI POLICE DEPARTMENT**                  **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [8] of United States Magistrate Judge John C. Gargiulo, entered in this case on November 10, 2016. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [8], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 15th day of December, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE